IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD HOUSTON,

    Plaintiff,

      v.

    CIVIL ACTION FILE
    NO. 1:15-CV-3112-TWT

CITY OF ATLANTA, et al.,

    Defendants.

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 72] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 52]. As set forth in the thorough and well-reasoned Report and Recommendation, the Plaintiff's only remaining claim is a retaliation claim. The Plaintiff suffered no adverse employment action following his EEOC complaint. The Plaintiff's Objections have no merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 52] is GRANTED.

SO ORDERED, this 13 day of April, 2017.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge